IN THE

TENTH COURT OF APPEALS

 




 
 
 
 
 
 
 


 

 



No. 10-06-00385-CR

 

In re
Vaughn Birdwell

 

 



Original Proceeding

 



MEMORANDUM  Opinion










 

          The Petition for Writ of Mandamus
filed November 28, 2006 is denied.

          We use Rule 2 to suspend the
requirement for the number of copies of the petition to be filed and, if
applicable, for the payment of a filing fee.  Tex.
R. App. P. 2, 5, 9.3, 12.1(b); Appendix
to Tex. R. App. P., Order
Regarding Fees (July 21, 1998).  See also Tex. R. App. P. 5; 10th
Tex. App. (Waco) Loc. R. 5; Tex.
Gov’t Code Ann. § 51.207(b) (Vernon 2005).

          Petitioner’s Motion for Leave to File
Petition for a Writ of Mandamus is dismissed as moot.

 

                                                                   TOM
GRAY

                                                                   Chief
Justice




 

Before
Chief Justice Gray,

          Justice
Vance, and

          Justice
Reyna

Petition
denied

Opinion
delivered and filed December 6, 2006

Do
not publish 

[0T06]